UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD P. HOBBS,                                                    JUDGMENT

                    Plaintiff,                              20-CV-00694(KAM)

                    v.

NEW YORK CITY DEPARTMENT OF
TRANSPORTATION, et al.,
                    Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on May 6, 2020, dismissing plaintiff's complaint for failure to state a claim upon which relief may be granted, see 28 U.S.C. § 1915(e)(2)(B), and for failure to conform with Rule 8(a) of the Federal Rules of Civil Procedure; granting Plaintiff thirty days leave from the date of this Memorandum and Order to file an amended complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; denying *in forma pauperis* status for the purpose of any appeal, *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962); an Order having been filed on September 8, 2020, extending plaintiff's time to file an amended complaint to October 8, 2020, and an Order having been filed on October 10, 2020, dismissing this action with prejudice; it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York                                    Douglas C. Palmer
       October 15, 2020                                        Clerk of Court

                                                  By:    */s/Jalitza Poveda*
                                                           Deputy Clerk